Form GTotocloscstmp

**UNITED STATES BANKRUPTCY COURT**

District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101−1708

In Re: Karl C. Hansen and Lisa H. Hansen  Case No.: 12−11907−JMD
   Debtor

                              Chapter: 7

## ORDER CLOSING CASE

It appears from the records of the court that the estate of the above−named debtor(s) has been fully administered.

IT IS ORDERED THAT:

The Trustee is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

The chapter 7 case of the above−named debtor(s) is closed.

Dated: 1/2/13

                       /s/ J. Michael Deasy
                       Bankruptcy Judge