UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

KARL C. HANSEN AND LISA H. HANSEN,

Debtors

CHAPTER 7
CASE NO. 12-11907-JMD

### ORDER APPROVING STIPULATION CONCERNING PATENT RIGHTS

This Court having considered the Chapter 7 Trustee's Motion for Approval of Stipulation Concerning Patent Rights filed February 27, 2017 (the "Motion"), proper notice having been given and no objection having been filed, it appearing that there are good grounds therefor and that approval of the Stipulation Concerning Patent Rights filed February 27, 2017 (the "Stipulation"), is in the best interest of the estate, it is hereby

ORDERED, ADJUDGED AND DECREED:

1. That the Motion be, and hereby is, granted;

2. That the Stipulation be, and hereby is, approved and adopted as an order of this Court;

3. That Adversary Proceeding Nos. 16-01010-JMD and 16-01045-JMD, and the Debtors' motion seeking removal of the Trustee [Docket No. 66], be and hereby are dismissed with prejudice and without costs, in accordance with the agreement of the parties thereto as reflected in the Stipulation; and

4. That an evidentiary hearing on the Trustee Motion (as defined in the Stipulation) shall take place before this Court commencing at 1:30 p.m. on April 11, 2017, and the chapter 7 trustee herein is hereby directed, within one business day of the date of this Order, to serve the

-2-

Trustee Motion on all required parties and give notice of such hearing except to the extent that she has already done so.

Dated: March __, 2016                                  BY THE COURT

                                                                                       _____
                                                                                       J. Michael Deasy

7858806v1