UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>KARL C. HANSEN AND LISA H. HANSEN,<br><br><br><br>Debtors. | Chapter 7<br><br>Case No. 12-11907-JMD<br><br>Hearing Date:  April 12, 2017<br>Hearing Time:  9:00 a.m. |

## ORDER GRANTING THIRD PARTY PIXART IMAGING, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Adequate reasons being shown, PixArt's Administrative Motion under LBR 5005-5 to file portions of its Pretrial Memorandum, Exhibit 114 and 122 in Support of the Declaration of Duane H. Mathiowetz is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk of the Court will file under seal portions of Page 16-17, of PixArt's Pretrial Memorandum, Exhibit 114 and 122 of the Declaration of Duane H. Mathiowetz in support of that Memorandum.

**IT IS SO ORDERED.**

Dated:

_____
HON. J. MICHAEL DEASY
U.S. BANKRUPTCY JUDGE