UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

KARL C. HANSEN AND LISA H. HANSEN,

Debtors.

CHAPTER 7
CASE NO. 12-11907-JMD

## REPORT OF SALE RELATING TO PATENT ASSETS

Pursuant to this Court's Order dated April 25, 2017 [Docket No. 139] (the "Order"), the Trustee hereby states that on April 25, 2017, the Trustee sold the following property for the following amount:

The Patent Assets,[1] more specifically, the domestic and foreign patents identified as US6275214B1,US6952198B2, US7091949B2, EP1200955B1, DE60023900T2, CA2378154C, JP2003504705A (JP4822643B2), AU200057549A, and all rights associated with such patents, by way of a private sale to PixArt Imaging, Inc. for $150,000.00.

Respectfully submitted,
OLGA L. GORDON, CHAPTER 7 TRUSTEE,

/s/ Olga L. Gordon
Olga L. Gordon, Esq., BNH06338
Murtha Cullina LLP
99 High Street
Boston, Massachusetts 02110
617-457-4000 Telephone
617-482-3868 Facsimile
ogordon@murthalaw.com

Dated: August 11, 2017

---

[1] As defined in the Motion For Sale or Other Disposition of Patent Assets [Docket No. 103]

8353271v1