# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re: HANSEN, KARL C.  
      HANSEN, LISA H.

Case No. 12-11907-BAH

Chapter 7

_____,  
Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

OLGA L. GORDON, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $802,220.00  
*(without deducting any secured claims)*

Assets Exempt: $20,220.00

Total Distribution to Claimants: $19,316.69

Claims Discharged Without Payment: $0.00

Total Expenses of Administration: $130,683.31

---

3) Total gross receipts of $150,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $150,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 179,397.48 | 130,683.31 | 130,683.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 10,339.00 | 19,316.69 | 19,316.69 | 19,316.69 |
| **TOTAL DISBURSEMENTS** | $10,339.00 | $198,714.17 | $150,000.00 | $150,000.00 |

4) This case was originally filed under Chapter 7 on June 11, 2012. The case was pending for 68 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/17/2018          By: /s/OLGA L. GORDON, TRUSTEE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Refund of deposit | 1280-000 | -15,000.00 |
| Sale of Assets | 1280-000 | 15,000.00 |
| Patents | 1229-000 | 150,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$150,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - OLGA L. GORDON, CH. 7 TRUSTEE | 2100-000 | N/A | 10,750.00 | 10,750.00 | 10,750.00 |
| Attorney for Trustee Fees (Trustee Firm) - MURTHA CULLINA LLP | 3110-000 | N/A | 165,741.50 | 117,027.33 | 117,027.33 |
| Attorney for Trustee Expenses (Trustee Firm) - MURTHA CULLINA LLP | 3120-000 | N/A | 1,472.35 | 1,472.35 | 1,472.35 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 224.86 | 224.86 | 224.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 215.43 | 215.43 | 215.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 207.94 | 207.94 | 207.94 |
| Other - INTERNATIONAL SURETIES | 2300-000 | N/A | 49.12 | 49.12 | 49.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 236.28 | 236.28 | 236.28 |
| Other - VERDOLINO & LOWEY, P.C | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$179,397.48** | **$130,683.31** | **$130,683.31** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | N/A | 5,386.60 | 5,386.60 | 5,386.60 |
| 2 | CAPITAL ONE BANK (USA), NA | 7100-000 | 10,339.00 | 10,402.81 | 10,402.81 | 10,402.81 |
| 3 | CAPITAL ONE NA | 7100-000 | N/A | 3,527.28 | 3,527.28 | 3,527.28 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$10,339.00** | **$19,316.69** | **$19,316.69** | **$19,316.69** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-11907-BAH  
**Case Name:** HANSEN, KARL C.  
HANSEN, LISA H.  
**Period Ending:** 01/19/18

**Trustee:** (410360) OLGA L. GORDON, TRUSTEE  
**Filed (f) or Converted (c):** 06/11/12 (f)  
**§341(a) Meeting Date:** 07/11/12  
**Claims Bar Date:** 01/14/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  8 The Flume, Amherst, NH, (surrendering to forec  Imported from original petition Doc# 1 Note the value attached to this asset #24 of $150,000 also includes asset #18 and #19 as they are all related and the subject of litigation. | 688,000.00 | 0.00 | | 0.00 | FA |
| 2  Time Share Hawaii-2, (surrendering)  Imported from original petition Doc# 1 | 75,000.00 | 0.00 | | 0.00 | FA |
| 3  Time Share Florida-1 week, (Surrendering)  Imported from original petition Doc# 1 | 8,000.00 | 0.00 | | 0.00 | FA |
| 4  St. Mary's Bank acct.  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 5  Citizens Bank checking  Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 6  Citizens Guardian checking accts. for 3 children  Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 7  Citizens Guardianship savings accts for children  Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 8  Bank of America Acct.  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 9  Household goods, pers. belongings, misc. pers. p  Imported from original petition Doc# 1 | 6,000.00 | 0.00 | | 0.00 | FA |
| 10  Piano  Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 11  clothing  Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 12  jewelry  Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 13  1 Rifle $700.00 1 shotgun $100.00  Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 14  Term Life Insurance Policy  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 15  Midland Whole Life Insurance Policy Cash surrend  Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |

Printed: 01/19/2018 09:23 AM    V.13.30

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-11907-BAH  
**Case Name:** HANSEN, KARL C.  
HANSEN, LISA H.  
**Period Ending:** 01/19/18

**Trustee:** (410360) OLGA L. GORDON, TRUSTEE  
**Filed (f) or Converted (c):** 06/11/12 (f)  
**§341(a) Meeting Date:** 07/11/12  
**Claims Bar Date:** 01/14/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---:|---:|---|---:|---:|
| 16  401k plan<br>     Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 17  Fidelity IRA<br>     Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 18  100% Stock Ownership in Brilliant Consulting Ser<br>     Imported from original petition Doc# 1  - Any value that maybe recovered for this asset will be linked to asset #24 | 0.00 | 0.00 | | 0.00 | FA |
| 19  1 individual owned pending patent<br>     Imported from original petition Doc# 1 - Any funds that come into the estate from this asset will be linked to Asset #24 | 0.00 | 0.00 | | 0.00 | FA |
| 20  2008 Buick Enclave<br>     Imported from original petition Doc# 1 | 10,000.00 | 0.00 | | 0.00 | FA |
| 21  2004 Ford Excursion<br>     Imported from original petition Doc# 1 | 5,000.00 | 0.00 | | 0.00 | FA |
| 22  2000 honda insight<br>     Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 23  1998 chevy suburban<br>     Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 24  Patents  (u)<br>     The Debtor did list one Patent (asset #19)  and an interest in Brillant Consulting (Asset #18)  the Trustee has disovered there were other undisclosed Patents. This asset is set up as unscheduled and also includes asset  #18 & #19. | 0.00 | 150,000.00 | | 150,000.00 | FA |
| 24  Assets   Totals (Excluding unknown values) | $802,220.00 | $150,000.00 | | $150,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee is awaitng final tax returns and will prepare the the TFR.

Printed: 01/19/2018 09:23 AM    V.13.30

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 12-11907-BAH  
**Case Name:** HANSEN, KARL C.  
HANSEN, LISA H.  
**Period Ending:** 01/19/18

**Trustee:** (410360) OLGA L. GORDON, TRUSTEE  
**Filed (f) or Converted (c):** 06/11/12 (f)  
**§341(a) Meeting Date:** 07/11/12  
**Claims Bar Date:** 01/14/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2017   **Current Projected Date Of Final Report (TFR):** September 14, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-11907-BAH  
**Case Name:** HANSEN, KARL C.  
HANSEN, LISA H.  
**Taxpayer ID #:** **-***3762  
**Period Ending:** 01/19/18  

**Trustee:** OLGA L. GORDON, TRUSTEE (410360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $18,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/15 | | Leclair Ryan | Sale of Assets | 1280-000 | 15,000.00 | | 15,000.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 14,990.00 |
| 01/07/16 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -10.00 | 15,000.00 |
| 01/11/16 | 101 | PixArt | Refund of deposit | 1280-000 | -15,000.00 | | 0.00 |
| 01/27/16 | {24} | PixArt | Deposit for sale | 1229-000 | 50,000.00 | | 50,000.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.93 | 49,933.07 |
| 06/13/16 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -66.93 | 50,000.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.72 | 49,935.28 |
| 03/07/17 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -64.72 | 50,000.00 |
| 04/28/17 | {24} | PixArt | Patent Purchase | 1229-000 | 100,000.00 | | 150,000.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 224.86 | 149,775.14 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 215.43 | 149,559.71 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 207.94 | 149,351.77 |
| 08/01/17 | 102 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2017 FOR CASE #12-11907 | 2300-000 | | 49.12 | 149,302.65 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 236.28 | 149,066.37 |
| 09/08/17 | 103 | VERDOLINO & LOWEY, P.C | Allowed Fees pursuant to Application to Employ | 3410-000 | | 500.00 | 148,566.37 |
| 11/27/17 | 104 | OLGA L. GORDON, CH. 7 TRUSTEE | Dividend paid 100.00% on $10,750.00, Trustee Compensation;  Reference: | 2100-000 | | 10,750.00 | 137,816.37 |
| 11/27/17 | 105 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 1100.00%$5,386.60 | 7100-000 | | 5,386.60 | 132,429.77 |
| 11/27/17 | 106 | CAPITAL ONE BANK (USA), NA | 2100.00%$10,402.81 | 7100-000 | | 10,402.81 | 122,026.96 |
| 11/27/17 | 107 | CAPITAL ONE NA | 3100.00%$3,527.28 | 7100-000 | | 3,527.28 | 118,499.68 |
| 11/27/17 | 108 | MURTHA CULLINA LLP | Combined Check for Claims#et_al. | | | 118,499.68 | 0.00 |
| | | | Dividend paid 100.00%    117,027.33 on $117,027.33;  Claim# ; Filed: $165,741.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%    1,472.35 on $1,472.35;  Claim# ; Filed: $1,472.35 | 3120-000 | | | 0.00 |

Subtotals :        $150,000.00        $150,000.00

{} Asset reference(s)

Printed: 01/19/2018 09:23 AM     V.13.30

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-11907-BAH  
**Case Name:** HANSEN, KARL C.  
HANSEN, LISA H.  
**Taxpayer ID #:** **-***3762  
**Period Ending:** 01/19/18  

**Trustee:** OLGA L. GORDON, TRUSTEE (410360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $18,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 150,000.00 | 150,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 150,000.00 | 150,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$150,000.00** | **$150,000.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3566** | 150,000.00 | 150,000.00 | 0.00 |
| | $150,000.00 | $150,000.00 | $0.00 |

{} Asset reference(s)

Printed: 01/19/2018 09:23 AM    V.13.30