United States Bankruptcy Court
District of New Hampshire

In re:                                                               Case No. 12-11907-BAH
Karl C. Hansen                                                       Chapter 7
Lisa H. Hansen
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0102-1           User: jtp               Page 1 of 2              Date Rcvd: May 14, 2018
                               Form ID: 136            Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db/jdb         #+Karl C. Hansen,    Lisa H. Hansen,    942 N 980 W,    Orem, UT 84057-7706
traty           +Murtha Cullina LLP,    99 High Street,    Boston, MA 02110-2327
cr              +PixArt Imaging, Inc.,    c/o Thomas K. McCraw, Jr., Esq.,    LeClairRyan, P.C.,
                  One International Place,    Suite 1110,    Boston, MA 02110-2600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
acc             +E-mail/Text: ebn@vlpc.com May 14 2018 18:55:09      Verdolino & Lowey, P.C.,
                  124 Washington Street,    Foxboro, MA 02035-1368
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
              Carl   Hanson    on behalf of Defendant Karl C. Hansen carl@hansonoffices.com,
               G25231@notify.cincompass.com
              Carl   Hanson    on behalf of Defendant Lisa H. Hansen carl@hansonoffices.com,
               G25231@notify.cincompass.com
              Daniel C. Cohn    on behalf of Trustee Olga L. Gordon dcohn@murthalaw.com
              Duane H. Mathiowetz    on behalf of Creditor   PixArt Imaging, Inc. dmathiowetz@foley.com,
               nli@foley.com
              Geraldine   Karonis    on behalf of U.S. Trustee   Office of the U.S. Trustee
               Geraldine.L.Karonis@usdoj.gov
              James F. Radke    on behalf of Plaintiff Olga L. Gordon jradke@murthalaw.com,
               lmulvehill@murthalaw.com
              Joseph G. Pia    on behalf of Defendant Karl C. Hansen joe.pia@padrm.com
              Joseph G. Pia    on behalf of Defendant Lisa H. Hansen joe.pia@padrm.com
              Joseph G. Pia    on behalf of Interested Party    SyncPoint Imaging, LLC joe.pia@padrm.com
              Joseph G. Pia    on behalf of Plaintiff Karl C. Hansen joe.pia@padrm.com
              Joseph G. Pia    on behalf of Plaintiff    SyncPoint Imaging, LLC joe.pia@padrm.com
              Joseph G. Pia    on behalf of Defendant    SyncPoint Imaging, LLC joe.pia@padrm.com
              Joseph G. Pia    on behalf of Plaintiff Lisa H. Hansen joe.pia@padrm.com
              Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov
              Olga L. Gordon    on behalf of Trustee Attorney   Murtha Cullina LLP ogordon@murthalaw.com,
               jbabula@murthalaw.com
              Olga L. Gordon    ogordon@murthalaw.com,
               moleary@murthalaw.com;MA40@ecfcbis.com;jbabula@murthalaw.com
              Olga L. Gordon    on behalf of Trustee Olga L. Gordon ogordon@murthalaw.com,   jbabula@murthalaw.com
              Olga L. Gordon    on behalf of Plaintiff Olga L. Gordon ogordon@murthalaw.com,
               jbabula@murthalaw.com
              Richard T. Mulligan    on behalf of Creditor   Nationstar Mortgage, LLC nhbk@harmonlaw.com,
               rmulligan@ecf.courtdrive.com
              Rick   Chang    on behalf of Creditor    PixArt Imaging, Inc. rchang@foley.com,   nli@foley.com
              Thomas K. McCraw, Jr.    on behalf of Creditor    PixArt Imaging, Inc. thomas.mccraw@leclairryan.com
              Victor W. Dahar, Jr.    on behalf of Joint Debtor Lisa H. Hansen vdaharjr@att.net
              Victor W. Dahar, Jr.    on behalf of Debtor Karl C. Hansen vdaharjr@att.net

```
District/off: 0102-1           User: jtp                Page 2 of 2               Date Rcvd: May 14, 2018
                               Form ID: 136             Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                              TOTAL: 23
```

# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

In re:                                                      Bk. No. 12−11907−BAH
Karl C. Hansen                                 Chapter 7
Lisa H. Hansen
     Debtors

## ORDER CLOSING CASE

It appears from the records of the Court that the estate of the above−named debtors has been fully administered.

IT IS ORDERED THAT:

The Trustee is discharged as trustee of the estate of the above−named debtors and the bond is cancelled.

The chapter 7 case of the above−named debtors is closed.

     ENTERED at Concord, New Hampshire.

Date: May 14, 2018                                      /s/ Bruce A. Harwood
                                                            Bruce A. Harwood
                                                            Chief Bankruptcy Judge

Form GTotocloscstmp−136