# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

| | |
|---|---|
| In re:<br><br>Karl C. Hansen<br>Lisa H. Hansen<br>    Debtors | Bk. No. 12–11907–BAH<br>Chapter 7 |

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on April 12, 2017 was filed on June 1, 2018. The following deadlines apply:

The parties have until **June 8, 2018** to file with the court a Notice of Intent to Request Redaction of this transcript.

The deadline for filing a Request for Redaction is **June 22, 2018**.

If a Request for Redaction is filed, the redacted transcript is due **July 2, 2018**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **August 30, 2018** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (Cascade Hills Transcription, Inc., PO Box 868, 166 Cypress Court, Winchester, OR, 97495, (541)900–1266) or you may view the document on the public terminal at the Bankruptcy Court Clerk's Office.

| | |
|---|---|
| Date: June 1, 2018 | Bonnie L. McAlary<br>Clerk of Court<br>By: /s/ G. Llewellyn<br>Deputy Clerk |

Form transcript–830