United States Bankruptcy Court
District of New Hampshire

In re:  
Karl C. Hansen  
Lisa H. Hansen  
    Debtors

Case No. 12-11907-BAH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0102-1     User: gl     Page 1 of 1     Date Rcvd: Jun 01, 2018  
                     Form ID: 830     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2018.  
db/jdb         #+Karl C. Hansen,    Lisa H. Hansen,    942 N 980 W,    Orem, UT 84057-7706

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2018 at the address(es) listed below:

          Carl  Hanson    on behalf of Defendant Karl C. Hansen carl@hansonoffices.com, G25231@notify.cincompass.com  
          Carl  Hanson    on behalf of Defendant Lisa H. Hansen carl@hansonoffices.com, G25231@notify.cincompass.com  
          Daniel C. Cohn    on behalf of Trustee Olga L. Gordon dcohn@murthalaw.com  
          Duane H. Mathiowetz    on behalf of Creditor   PixArt Imaging, Inc. dmathiowetz@foley.com, nli@foley.com  
          Geraldine  Karonis    on behalf of U.S. Trustee   Office of the U.S. Trustee Geraldine.L.Karonis@usdoj.gov  
          James F. Radke    on behalf of Plaintiff Olga L. Gordon jradke@murthalaw.com, lmulvehill@murthalaw.com  
          Joseph G. Pia    on behalf of Interested Party   SyncPoint Imaging, LLC joe.pia@padrm.com  
          Joseph G. Pia    on behalf of Plaintiff Karl C. Hansen joe.pia@padrm.com  
          Joseph G. Pia    on behalf of Plaintiff   SyncPoint Imaging, LLC joe.pia@padrm.com  
          Joseph G. Pia    on behalf of Defendant   SyncPoint Imaging, LLC joe.pia@padrm.com  
          Joseph G. Pia    on behalf of Plaintiff Lisa H. Hansen joe.pia@padrm.com  
          Joseph G. Pia    on behalf of Defendant Karl C. Hansen joe.pia@padrm.com  
          Joseph G. Pia    on behalf of Defendant Lisa H. Hansen joe.pia@padrm.com  
          Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov  
          Olga L. Gordon    ogordon@murthalaw.com, moleary@murthalaw.com;MA40@ecfcbis.com;jbabula@murthalaw.com  
          Olga L. Gordon    on behalf of Trustee Olga L. Gordon ogordon@murthalaw.com,  jbabula@murthalaw.com  
          Olga L. Gordon    on behalf of Plaintiff Olga L. Gordon ogordon@murthalaw.com, jbabula@murthalaw.com  
          Olga L. Gordon    on behalf of Trustee Attorney   Murtha Cullina LLP ogordon@murthalaw.com, jbabula@murthalaw.com  
          Richard T. Mulligan    on behalf of Creditor   Nationstar Mortgage, LLC nhbk@harmonlaw.com, rmulligan@ecf.courtdrive.com  
          Rick  Chang    on behalf of Creditor   PixArt Imaging, Inc. rchang@foley.com, nli@foley.com  
          Thomas K. McCraw, Jr.    on behalf of Creditor   PixArt Imaging, Inc. thomas.mccraw@leclairryan.com  
          Victor W. Dahar, Jr.    on behalf of Joint Debtor Lisa H. Hansen vdaharjr@att.net  
          Victor W. Dahar, Jr.    on behalf of Debtor Karl C. Hansen vdaharjr@att.net  
                                                                                           TOTAL: 23

# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

---

In re:  

Karl C. Hansen  
Lisa H. Hansen  
    Debtors

Bk. No. 12–11907–BAH  
Chapter 7

---

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on April 12, 2017 was filed on June 1, 2018. The following deadlines apply:

The parties have until **June 8, 2018** to file with the court a Notice of Intent to Request Redaction of this transcript.

The deadline for filing a Request for Redaction is **June 22, 2018**.

If a Request for Redaction is filed, the redacted transcript is due **July 2, 2018**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **August 30, 2018** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (Cascade Hills Transcription, Inc., PO Box 868, 166 Cypress Court, Winchester, OR, 97495, (541)900–1266) or you may view the document on the public terminal at the Bankruptcy Court Clerk's Office.

Date: June 1, 2018  

Bonnie L. McAlary  
Clerk of Court  
By: /s/ G. Llewellyn  
Deputy Clerk

Form transcript–830